1

2

3

4

5

6

FILED

AUG **2 9** 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

7

8

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

9

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA,            ) | Criminal Case No. 08CR 2886-WQH |
| 11 | Plaintiff,            ) | I N F O R M A T I O N |
| 12 | v.                                   ) | Title 18, U.S.C., Sec. 152(1) - |
| 13 | LAWRENCE ROSEN,                      ) | Concealment of Assets in Bankruptcy (Felony) |
| 14 | Defendant.            ) | |
| 15 | _____) | |

16       The United States Attorney charges:

17       Beginning on or about May 22, 2003, and continuing until April

18  14, 2005, within the Southern District of California, defendant

19  LAWRENCE ROSEN did knowingly and fraudulently conceal from a trustee

20  charged with control and custody of property, and, in connection with

21  a case under Title 11, United States Code, that is In re: Lawrence

22  Rosen, Case No. 03-04961-A13, United States Bankruptcy Court for the

23  Southern District of California, from creditors and the United States

24  Trustee, property belonging to the estate of the debtor, to wit: three

25  (3) parcels of property in Arizona with a market value of

26  approximately $950,000.00, and a community property interest in

27  retirement benefits with a market value in excess of $40,000.00; in

28  //

    //

1  violation of Title 18, United States Code, Section 152(1), a felony.

2      DATED: *August 29, 2008*

3

4

5                                      KAREN P. HEWITT
                                       United States Attorney

6

7      By: _____
       RANDY K. JONES

8      Assistant U.S. Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                       2