AO 455(Rev. 5/85) Waiver of Indictment

FILED

AUG 2 9 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| LAWRENCE ROSEN, | |

CASE NUMBER: 08CR2886-WQH

I, LAWRENCE ROSEN, the above-named defendant, who is accused of Title 18, United States Code, Section 152(1) - Concealment of Assets in Bankruptcy, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on August 29, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
HONORABLE WILLIAM McCURINE JR.